IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 19 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00608-ZLW

LAWRENCE E. BEEMAN,

      Applicant,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

ORDER DENYING MOTION TO RECONSIDER

      Applicant Lawrence E. Beeman has submitted a motion to reconsider and vacate the order and judgment of dismissal entered on May 19, 2005. The Court must construe the motion liberally because Mr. Beeman is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Court will construe Mr. Beeman's motion to reconsider as filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, and will deny the motion.

      A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). See *id.* at 1243.

Mr. Beeman's motion, which was filed more than ten days after the Court's May 19, 2005, order and judgment of dismissal, will be construed as a motion to reconsider filed pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. **See Massengale v. Oklahoma Bd. of Examiners in Optometry**, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court denied the instant habeas corpus application and dismissed the action without prejudice for failure to exhaust state remedies. The reasons for the dismissal are discussed in detail in the May 19, 2005, order and judgment of dismissal. Mr. Beeman cites to **Rhines v. Weber**, 125 S. Ct. 1528 (2005), to argue that the Court should reconsider the denial of his application and the dismissal of this action. In **Rhines**, the Supreme Court held that a district court has discretion to stay a mixed habeas corpus application to allow the applicant to present his or her unexhausted claims to the state court in the first instance, and then to return to federal court for review of the perfected application. However, stay and abeyance only are appropriate when the district court determines there was good cause for the applicant's failure to exhaust, the unexhausted claims are potentially meritorious, and there is no indication that the petitioner has engaged in intentionally dilatory litigation tactics. **Id.** at 1535. Applicant has failed to demonstrate good cause for his failure to exhaust.

The Court finds that Applicant fails to present any legal authority that would support extraordinary circumstances and that would justify relief pursuant to Fed. R. Civ. P. 60(b). The Court, therefore, finds no reason why it should reconsider and vacate the decision to deny the application and dismiss the action. Accordingly, it is

ORDERED that the motion to reconsider and vacate the order and judgment of dismissal entered on May 19, 2005, submitted by Applicant Lawrence E. Beeman, and which the Court has treated as a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, is denied. It is

FURTHER ORDERED that Mr. Beeman's June 7, 2005, request for the return of the additional copies he submitted of his habeas corpus application is granted. The clerk of the Court is directed to mail to Mr. Beeman, together with a copy of this order, any additional copies of the habeas corpus application submitted by Mr. Beeman.

DATED at Denver, Colorado, this 19 day of July, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   05-cv-00608-OES

Lawrence E. Beeman
Prisoner No. 42894
CTCF – CH 7
PO Box 1010
Canon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  7/19/05

                                         GREGORY C. LANGHAM, CLERK

                                         By: _____
                                                    Deputy Clerk